UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN THE MATTER OF

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,

and

BAHADUR ALI RASHID, and
TAXES ETC., INC.,

Matter No. **MC-07-659**

(Case no. 2:07cv452 pending in the
E.D. of Va., Norfolk Division)

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AMNA RASHID TO PRODUCE DOCUMENTS REQUESTED BY SUBPOENA

ON THIS DAY, came to be heard the Motion To Compel Amna Rashid to Produce Documents Requested by Subpoena submitted by Plaintiff JTH Tax, Inc. d/b/a Liberty Tax Service.

ORDERED that the Plaintiff's Motion to Compel Amna Rashid to Produce Documents Requested by Subpoena is hereby GRANTED in its entirety. It is further

ORDERED that Amna Rashid must produce all information and documents in her possession responsive to JTH Tax, Inc.'s subpoena on or before the 30th day of Nov., 2007.

SIGNED this 21st day of November, 2007.

_____
Judge Presiding