UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| | § | |
| JTH TAX, INC. d/b/a | § | Matter No. 4:07 MC 659 |
| LIBERTY TAX SERVICE, | § | |
| | § | (Case No. 2:07cv452 pending in |
| and | § | the E.D. of Va., Norfolk Division) |
| | § | |
| BAHADUR ALI RASHID, and | § | |
| TAXES ETC., INC. | § | |

ORDER

The Court considered Non-Party Amna Rashid's Motion for Reconsideration, Response to Motion to Compel and Motion for Protection as well as any responses and relevant documents on file. The Court ORDERS as follows:

Non-Party Amna Rashid's Motion for Reconsideration is GRANTED.

This Court's Order of November 21, 2007 is VACATED.

Plaintiff's Motion to Compel is DENIED.

Non-Party Amna Rashid's Motion for Protection is GRANTED.

SIGNED on _____, 2007.

_____
JUDGE PRESIDING