# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JTH TAX, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | MISCELLANEOUS NO. H-07-0659 |
| | § | |
| BAHADUR ALI RASHID, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration **(Instrument No. 4) is GRANTED.** *The Ct's previous order, Inst #3 is vacated. A hearing is set on Pl's Mtn to compel for*

The Clerk shall enter this Order and provide a copy to all parties. *Dec. 21, 2007 at 1:30 pm.*

SIGNED on this the 5th day of December, 2007, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE