UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN THE MATTER OF

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE,                                Matter No. MC-07-659

and
                                                    (Case no. 2:07cv452 pending in the
                                                    E.D. of Va., Norfolk Division)
BAHADUR ALI RASHID, and
TAXES ETC., INC.,

### LIBERTY'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL AMNA RASHID TO PRODUCE DOCUMENTS REQUESTED BY SUBPOENA

JTH Tax, Inc. d/b/a Liberty Tax Service ("Liberty") files this Notice of Withdrawal of Its Motion to Compel Amna Rashid to Produce Documents Requested by Subpoena, respectfully showing as follows:

1.  On October 5, 2007, Liberty issued a Subpoena to Amna Rashid requesting certain documents relevant to the lawsuit styled *JTH Tax, Inc. v. Bahadur Ali Rashid, and Taxes Etc., Inc.*, Case no. 2:07cv452 which was pending in the Eastern District of Virginia, Norfolk Division.

2.  On November 13, 2007, Liberty filed its Motion to Compel Amna Rashid to Produce Documents Requested by Subpoena ("Motion"). Ms. Rashid responded on November 29, 2007. The Court ordered the parties to appear for an oral hearing on the Motion on December 21, 2007 at 1:30 pm.

3.  The parties have reached a settlement in the underlying matter. Liberty, therefore, withdraws its Motion to Compel Amna Rashid to Produce Documents Requested by Subpoena and passes on the oral hearing regarding the same.

Respectfully submitted,

Sandy D. Hellums
State Bar No. 24036750
Southern District Bar No. 561314
HAYNES AND BOONE, LLP
1221 McKinney Street, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2556
Telecopier: (713) 236-5575

Counsel for JTH Tax, Inc. d/b/a Liberty Tax Service

## CERTIFICATE OF SERVICE

    I hereby certify that on this, the 18th day of December 2007, a true and correct copy of the foregoing instrument was served by facsimile, upon the following:

| | |
|---|---|
| Ms. Marjorie C. Nicol<br>Phillips & Akers<br>3200 Phoenix Tower<br>3200 Southwest Freeway<br>Houston, Texas 77027-7253 | *Facsimile* **(713) 552-0231** |

_____
Sandy D. Hellums